1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Grand Canyon University,

        Plaintiff,

v.

Miguel Cardona, et al.,

        Defendants.

**NO. CV-21-00566-PHX-DLR**

**JUDGMENT IN A CIVIL CASE**

    **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 18, 2021, which granted the Motion to Dismiss, judgment is entered in favor of defendants and this case is hereby terminated.

                             Debra D. Lucas
                             District Court Executive/Clerk of Court

November 18, 2021

                             s/ L. Dixon
               By   Deputy Clerk