UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRAND CANYON UNIVERSITY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MIGUEL A. CARDONA, in his official capacity as Secretary of the United States Department of Education and U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendants - Appellees. | No. 21-17113<br><br>D.C. No. 2:21-cv-00566-DLR<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

　　　The judgment of this Court, entered December 28, 2022, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: Nixon Antonio Callejas Morales
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7